Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Jamie E.S. Talt (State Bar No. 312853)
jtalt@fbm.com
Daniela Archila (State Bar No. 334393)
darchila@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for AMAZON.COM SERVICES LLC

ELKIN | GAMBOA, LLP
Michael Elkin, Esq. (SBN 287872)
　E-Mail: michael@elkingamboa.com
Elizabeth Tsolakyan, Esq. (SBN 347832)
　Email: elizabeth@elkingamboa.com
4119 W. Burbank Blvd, Suite 110
Telephone: 323.372.1202
Facsimile: 323.372.1216

Attorneys for Plaintiff
TOYISHA CULVER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| TOYISHA CULVER,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　Defendant. | Case No. 2:24-cv-00622-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES**<br><br>The Hon. John A. Mendez<br><br>Action Filed: November 29, 2023<br>Trial Date: October 20, 2025<br>Proposed Trial Date: January 20, 2025 |

1  Plaintiff Toyisha Culver ("Plaintiff") and Defendant AMAZON.COM
2 SERVICES LLC ("Defendant") (collectively, the "Parties"), by and through their
3 undersigned counsel of record, hereby respectfully submit this Joint Stipulation for
4 good cause continuing all pre-trial deadlines by 90 days.
5  WHEREAS, the Parties are currently engaging in settlement discussions that
6 appear to have strong potential to resolve the instant action;
7  WHEREAS, the Parties seek to focus their time and resources on these
8 discussions, and have concerns that not doing so could undermine the possibility of
9 resolution at this juncture;
10  WHEREAS, should settlement discussions not resolve the matter in the
11 coming weeks, the Parties will proceed with completing discovery;
12  WHEREAS, the Parties have not requested any previous trial extensions;
13  WHEREAS, the current schedule includes the following pre-trial deadlines:
14  - <u>Discovery cut-off</u>: February 28, 2025
15  - <u>File MSJ /dispositive motions</u>: April 25, 2025
16  - <u>Final Pre-Trial Conference</u>: August 29, 2025
17  ACCORDINGLY, the Parties respectfully request and stipulate that the Court
18 continue the October 20, 2025 trial date to at January 20, 2026, and all pre-trial
19 deadlines be extended by 90 days.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES

2

44787\20083649.1

1  **THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties
2  through their counsel of record, subject to the Court's approval, that:
3      The trial date be continued from October 20, 2025 to January 20, 2026.
4      That all pre-trial deadlines be extended by 90 days.

6  Dated: January 22, 2025    FARELLA BRAUN + MARTEL LLP

8  By:    */s/ Daniela A. Archila*
9      Daniela A. Archila

10 Attorneys for AMAZON.COM SERVICES LLC

12 Dated: January 22, 2025    ELKIN | GAMBOA, LLP

13 By:    */s/ Michael Elkin*
14     Michael Elkin, Esq.

15 Attorneys for Plaintiff Toyisha Culver

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Daniela A. Archila, am the ECF user whose identification and password are being used to file this Joint Stipulation to Continue Trial Date and Pre-Trial Deadlines for Good Cause. I hereby attest that I have obtained the concurrence of each signatory to this document.

Dated: January 22, 2025                FARELLA BRAUN + MARTEL LLP

By:  */s/ Daniela A. Archila*
          Daniela A. Archila

Attorneys for AMAZON.COM SERVICES LLC

# ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | Date |
|---|---|
| Discovery Cutoff | **05/30/2025** |
| Deadline to file dispositive motions | **07/25/2025** |
| Dispositive Motion Hearing | **09/23/2025, at 01:00 p.m.** |
| Final Pretrial Conference | **12/12/2025, at 11:00 a.m.** |
| Jury Trial (5-7 days) | **02/02/2026, at 09:00 a.m.** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 5), entered on May 23, 2024, shall remain in effect.

IT IS SO ORDERED.

Dated: January 29, 2025         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES

5

44787\20083649.1